IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                              CASE NO. 4:13CR00057 BSM

CHRISTOPHER RYAN BARRON                                                      DEFENDANT

## AMENDED JUDGMENT

The February 26, 2014, judgment [Doc. No. 34] is amended to strike Special Condition of Supervision No. 1, which requires defendant Christopher Barron to submit to electronic monitoring, because he has completed six months in a residential treatment and chemical free living center. All other portions of the judgment remain in full force and effect.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 2nd day of July 2015.

_____
UNITED STATES DISTRICT JUDGE